IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BERNARD C. ALFEREZ, JR.        )
                               )
    Plaintiff,                 )
                               ) CASE NO. L 02-2263
v.                             )
                               )
MBNA AMERICA BANK (Delaware)   )
et al.                         )
                               )
    Defendants.                )
*********************************************************

LINE OF DISMISSAL

Dear Clerk:

Please dismiss only the claims against MBNA America Bank and CACV, Inc., with prejudice, pursuant to an agreement between the parties and enter the matter as "settled, satisfied, and off" as to all claims against MBNA America Bank and CACV, Inc. Thank you for your assistance in this matter.

Respectfully submitted,

Law Office of Michael S. Fried, P.C.

Michael S. Fried, Esq.
77 South Washington Street
Suite 306
Rockville, MD 20850
Tel. 301-309-8482
Fax. 301-738-0361
michael.fried@friedlaw.com

Attorney for Plaintiff

APPROVED THIS  3rd  DAY OF September, 2002

_____
BENSON EVERETT LEGG, U.S.D.J.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Line of Dismissal was mailed this 26th day of August, 2002, first class mail, postage prepaid, to:

Samuel N. Shapiro, Esq.
Saunders & Schmieler, PC
8737 Colesville Road
Suite L-200
Silver Spring, MD 20910
Attorney for Defendant MBNA America Bank

Michelle Maron Holderness, Esq.
CACV, Inc.
1999 Broadway, Suite 2150
Denver, CO 80202-5744
Attorney for Defendant CACV, Inc.

John K. Semler, Jr., Esq.
Ballard Spahr Andrews & Ingersoll LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Attorney for Defendant Citibank (South Dakota), NA

Charles Hirsch, Esq.
Ballard Spahr Andrews & Ingersoll LLP
300 E. Lombard St., 19th Floor
Baltimore, MD 21202
Attorney for Defendant Citibank (South Dakota), NA

_____
Michael S. Fried, Esq.
Attorney for Plaintiff

# LAW OFFICE OF MICHAEL S. FRIED, P.C.

77 South Washington Street, Suite 306
Rockville, Maryland 20850

Phone: (301) 309-8482
Fax: (301) 738-0361
Direct Line: (301) 309-8483
michael.fried@friedlaw.com

FILED ENTERED
LODGED RECEIVED

AUG 28 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

August 23, 2002

Clerk's Office
United States District Court
U.S. Courthouse, 4th Floor
101 W. Lombard Street
Baltimore, MD 21201

Re: **Bernard Alferez, Jr. v. MBNA America Bank, et al.**
    **Case No. L 02-2263**

Dear Clerk:

Enclosed please find a an original and 2 copies of a Line of Dismissal, and related Certificate of Service, in connection with Defendants MBNA America and CACV only. The case has not been dismissed against the remaining defendants not named in the Line.

Please file the original and one copy of each document, and date stamp and return one copy of each document in the enclosed envelope.

I thank you for your time and attention.

Sincerely,

Michael S. Fried