UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

September 23, 2002

MEMORANDUM TO COUNSEL RE:   Bernard C. Alferez, Jr. v.
Universal Bank, N.A., etc., et al.
Civil #L-02-2263

Dear Counsel:

    This case was removed to this Court on July 8, 2002, by defendant Universal Bank. To date, no answer has been filed. As to defendant Bank One, the docket reflects that no summons was issued. Accordingly, on or before October 2, 2002, counsel are to submit in writing a status report.

    Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file

