IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BERNARD C. ALFEREZ, JR.       )
                              )
    Plaintiff,                )
                              )   CASE NO. L 02-2263
    v.                        )
                              )
MBNA AMERICA BANK (Delaware)  )
et al.                        )
                              )
    Defendants.               )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LINE OF DISMISSAL

Dear Clerk:

Please dismiss the claims against Bank One Corporation (a.k.a. Bank One, N.A.) and First USA Bank, N.A., <u>with prejudice</u>, pursuant to an agreement between the parties. Thank you for your assistance in this matter.

Respectfully submitted,

Law Office of Michael S. Fried, P.C.

_____
Michael S. Fried, Esq.
11 North Washington Street
Suite 210
Rockville, MD 20850
Tel. 301-309-8482
Fax. 301-738-0361
michael.fried@friedlaw.com

Attorney for Plaintiff

APPROVED THIS _18_ DAY OF _October 2002_

_____
BENSON EVERETT LEGG, U.S.D.J.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Line of Dismissal was mailed this 14h day of October, 2002, first class mail, postage prepaid, to:

Samuel N. Shapiro, Esq.
Saunders & Schmieler, PC
8737 Colesville Road
Suite L-200
Silver Spring, MD 20910
Attorney for Defendant MBNA America Bank

Michelle Maron Holderness, Esq.
CACV, Inc.
1999 Broadway, Suite 2150
Denver, CO 80202-5744
Attorney for Defendant CACV, Inc.

John K. Semler, Jr., Esq.
Ballard Spahr Andrews & Ingersoll LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Attorney for Defendant Citibank (South Dakota), NA

Charles Hirsch, Esq.
Ballard Spahr Andrews & Ingersoll LLP
300 E. Lombard St., 19th Floor
Baltimore, MD 21202
Attorney for Defendant Citibank (South Dakota), NA

Leslie Toulson, Esq.
Jill Centella, Esq.
First USA Bank
Legal Dept.
201 North Walnut Street
Wilmington, DE 19801-2903
Attorneys for Defendants Bank One
and First USA Bank

_____
Michael S. Fried, Esq.
Attorney for Plaintiff